# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

**DEBRA LEAP,**

      **Plaintiff,**

  v.

**KERMANS FLOORING LLC and DAVE SPERLING**

      **Defendants.**

Case No. 1:22-cv-00025-TWP-DLP

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Debra Leap and Defendants Kermans Flooring LLC and Dave Sperling have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice. The Court has examined the Stipulation and now finds that the matter should be dismissed.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

So ORDERED

Date: 3/16/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to ECF counsel of record